IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| LAURAINE SINGLETON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 05-CV-1392 |
| ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On December 19, 2005, *pro se* Plaintiff Lauraine Singleton filed her Complaint herein requesting to proceed *in forma pauperis*. Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of December 21, 2005 setting a deadline of January 20, 2006 for payment of the filing fee in full. The text order of December 21, 2005 advised if timely payment was not received, the case was subject to dismissal for want of prosecution. As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $250.00 filing fee. The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff Lauraine Singleton is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff Lauraine Singleton at her last known address.

ENTER:   January 25, 2006

    FOR THE COURT:

                                      s/ Byron G. Cudmore

                                      BYRON G. CUDMORE
                       UNITED STATES MAGISTRATE JUDGE