**E-FILED**
Thursday, 09 February, 2006  11:40:02 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LAURAINE SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1392 |
| | ) | |
| ILLINOIS DEPARTMENT OF CHILDREN | ) | |
| AND FAMILY SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On January 25, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge.  Suffice it to say that Plaintiff has failed to remit the filing fee despite abundant opportunities to do so and Orders from the Court warning her that the case would be subject to dismissal if timely payment was not received. The Court concurs with the recommendation that Plaintiff's failure to pay the filing fee in this case warrants the dismissal of this action for failure to prosecute.  Accordingly, the Court

now adopts the Report & Recommendation [#5] of the Magistrate Judge in its entirety.  This

case is now DISMISSED for failure to prosecute.

ENTERED this 9th day of February, 2006.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge